Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

Savannah Division

|  |  |
|---|---|
| Anthony Geno Martinson | Case No. CV422 026 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| -v- | |
| see attached | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Attachment A

## Defendants List

Liberty County Jail

Liberty Correctional Medicine

Major Sascha Krumnow

Captain McEedy

Lieutenant Barnes

Lieutenant Martinez

Lieutenant ~~Walthour~~ Walthour

Lieutenant Barber

Sargent Will

Corrections Officer Wise

Corrections Officer Cox

Corrections Officer ~~Hatfield~~ Hatfield

Corrections Officer Savoy

Corrections Officer Reid

Corrections Officer James

Corrections Officer Dobson

Sheriff William Bowman

Nurse Dixon

Nurse Killdo

Nurse Craft

Nurse Hall

Corrections Officer Reynolds

Corrections Officer Williams

Corrections Officer Anthony Lacoochi

Sargent Linson

Corrections Officer

Corrections Officer

Nurse Breon

The Provider      and   Corrections Officer Rose   in the case et al.

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Anthony Geno Martinson

All other names by which you have been known: Geno Martinson

ID Number: 157479

Current Institution: Liberty County Jail

Address: 180 Paul Sikes Dr
Hinesville     GA     31313
*City*     *State*     *Zip Code*

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Sascha Krumnow

Job or Title *(if known)*: Major

Shield Number:

Employer: Liberty County Jail

Address: 180 Paul Sikes Dr
Hinesville     GA     31313
*City*     *State*     *Zip Code*

[X] Individual capacity     [X] Official capacity

Defendant No. 2

Name: McEedy

Job or Title *(if known)*: Captain

Shield Number:

Employer: Liberty County Jail

Address: 180 Paul Sikes Dr
Hinesville     GA     31313
*City*     *State*     *Zip Code*

[X] Individual capacity     [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _____ Barnes

Job or Title *(if known)* _____ Lieutenant

Shield Number _____

Employer _____ Liberty County Jail

Address _____ 180 Paul Sikes Dr

Hinesville _____ GA _____ 31313

*City* — *State* — *Zip Code*

[X] Individual capacity   [X] Official capacity

Defendant No. 4

Name _____ Martinez

Job or Title *(if known)* _____ Lieutenant

Shield Number _____

Employer _____ Liberty County Jail

Address _____ 180 Paul Sikes Dr

Hinesville _____ GA _____ 31313

*City* — *State* — *Zip Code*

[X] Individual capacity   [X] Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

please attachment B for complete list of violations

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Attachment B

## List of Violations

1st Amendment Rights
4th Amendment Rights
5th Amendment Rights
6th Amendment Rights
8th Amendment Rights
14th Amendment Rights
Tampering with the mail

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Please see attachment C for complete explainations*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*Section A is not applicable*

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

*please see attachment D pages 1— for the complete list of claims*

Attachment C

## Explainations of Color

Major Sascha Krumnow – violated my 1st Amendment rights claiming a rule in the facility that hadn't yet been properly documented in the inmate handbook or in the phone systems' rules at the time of the beginning of the violation. It took 2 full days to properly document this rule after the violation began to validate his reasoning. Also, he tampered with the mail by refusing to send out legal mail to the courts or legal assistance entities claiming a O.S.G.A. code allowing him to limit what mail leaves or enters the facility and how it can be sent and recieved.

Captain McEedy :– violated my 1st Amendment rights and tampered with the mail and violated my 4th amendment rights, violated my 5th ~~amendment~~ amendment rights, violated my 6th amendment rights, and violated my 14th amendment rights by standing idley by while others on the jail staff committed the acts creating the violations all while knowing it was wrong and claiming an O.S.6.A. code stating that he must follow the instructions of his superior regardless of how wrong they may be.

Lieutenant Barnes — violated my 1st, 4th, and 14th amendment rights by standing idley by while it happened knowing it was wrong and claiming an O.C.G.A. code stating that she must follow the directives of her superior regardless of how wrong they may be. Also violated my 5th and 6th amendment rights by refusing to provide me with the paperwork to request a public defender, claiming there is a rule at the jail that prevents her from doing so. Also she tampered with the mail by standing idley by while it happened knowing it was wrong claiming an O.C.G.A. code stating that she must follow the directives of her superior regardless of how wrong they might be.

Lieutenant Martinez — violated my 5th and 6th Amendments rights by refusing to provide me the papers to request a public defender by claiming there is a rule at the jail that prevents her from doing so.

Lieutenant Walthour — violated my 5th and 6th amendment rights by refusing to provide me papers to request a public Defender by claiming there is a rule at the jail that prevents her from doing so. Also, she violated my 8th amendment rights by sitting idley by while it happened claiming an O.C.G.A. code stating that she isn't allowed to interfere with inmate medical issues at all.

Lieutenant Barber — violated my 5th and 6th amendment rights by refusing to provide me papers to request a public defender by claiming an O.C.G.A. stating that he was not allowed to interfere with the court process of appointing counsel and a jail rule prevents him from giving me the paperwork.

Sargent Will — violated all claims by sitting idley by while it happened claiming an O.C.G.A. code stating that he cannot disobey his superior even when they're wrong.

Corrections Officer Wise, Cox, Hatfield, Savoy, Reid, and Dabson — — violated all claims by sitting idley by while it happened claiming an O.C.G.A. code stating that they cannot disobey their superior even when they're wrong.

Corrections Officer James and Reynolds — violated my 4th, 5th, and 6th amendment rights by sitting idley by while it happened claiming an O.C.G. A. code stating that they cannot disobey their superior even if they're wrong.

Corrections Officer Williams — violated my 5th and 6th amendment rights by claiming an O.C.G.A. code stating that she cannot disobey her superior even when they're wrong.

4

Corrections Officer Anthony Lacondvi — violated my 5th and 6th amendment rights by refusing to provide me with papers to request a public defender claiming a jail rule prevented him from giving me the papers.

Sargent Linson — violated all claims by claiming an O.C.G.A. code stating that he could not disobey his superior even if they were wrong so he sat idley by while it all happened.

Corrections Officer                — violated my 14th amendment rights by claiming he took me to see the judge on 12/21/21 when in reality he did not.

Corrections Officer                — violated my 14th amendment rights by claiming she took me to see the judge on 12/21/21 when in reality she did not.

Sheriff William Bowman — violated all claims by sitting idley by allowing it to happen, however did not quote or claim any local, state law or facility rule to justify his actions.

Nurse Dixon — violated my 8th amendment rights by sitting idley by while it happened claiming a rule at LCM stating that she couldn't interfere with care being provided by another nurse.

5

Nurse Breon — violated my 8th Amendment rights by neglecting to inform the kitchen staff of my long list of allergies resulting in me being fed food I could not eat. She did not however claim any law or rule for doing so.

The Provider — violated my 8th Amendment rights by down-playing the severity of my medical conditions and refused to provide additional medical care that was needed and required. He did not state any law or rule for doing so.

Nurse Killdo — violated my 8th amendment rights by failing to provide needed medical care after a reported injury twice. She did not state any law or rule for doing so.

Nurse Hall — violated my 8th Amendment rights 4 seperate times by refusing to provide needed medical treatment after an issue was reported. She did not claim any law or rule for doing so.

Nurse Craft — violated my 8th Amendment rights by refusing to provide needed medical treatment twice after an issue was reported and refused to provide me with the address for LCM after I informed her it was needed for this civil action. She also refused to provide me with a copy of my own medical records for this case. She did not state any law or rule for doing so in regards to the lack of treatment, but stated that a rule at LCM prevented her from releasing any documents or addresses to me at any time.

Attachment D

## Statement of Claim

On 12/17/2021, Corrections Officer Anthony Lacoochi refused to provide me with the paperwork required to request a public defender and to provide me with a copy of my warrant at or around 10:00am, 11:30am, 12:15pm, 1:30pm, 2:00pm, and again at 5:30pm. Corrections Officer Williams witnessed the entire event take place.

On 12/17/2021 at or around 7:15pm Nurse Breon did my medical intake and neglected to provide the kitchen staff with my special diet due to allergies and because of this I recieved food I could not eat 11 days in a row. Corrections Officer Williams was present and witnessed my medical intake.

On 12/18/2021, Sargent Linson refused to give me the paperwork to request a public defender at 4:38pm.

On 12/19/2021, Corrections Officer Rose refused to give me the paperwork to request a public defender.

On 12/20/2021, Lieutenant Barber refused to allow me to have the paperwork to request a public defender at 9:45pm.

On 12/21/2021 Corrections Officer          and Corrections Officer          refused to take me to court at or around 1:15pm.

On 12/22/2021 Nurse Killdo refused to provide me with adequate medical care at or around 8:15pm.

On 12/23/2021, Lieutenant Barnes refused to give me the paperwork to request a public Defender at or around 11:15am and 2:45pm.

On 12/27/2021, Corrections Officer Cox refused to provide me with the paperwork to request a public defender at or around 9:10pm.

On 01/03/2022, Lieutenant Walthour refused to give me the paperwork to request a public defender at or around 10:15am and

On 01/04/2022, Lieutenant Martinez refused to give me the paperwork to request a public defender at or around 8:20pm.

On 01/11/2022, Corrections Officer Reid refused to give me the paperwork to request a public defender at or around 3:10pm.

On 01/13/2022, Corrections Officer James refused to give me the paperwork to request a public defender at or around 5:25pm.

On 01/14/2022, Captain McEedy was informed of all these issues and refused to do anything about them at or around 2:20pm.

On 01/18/2022, Major Sasch Krumnow, Captain McEedy, and Corrections Officer James refused to provide me with a grievance form even after a submitted written request. at or around 12:45pm.

On 01/18/2022, Major Sasch Krumnow and Captain McEedy cut my phone privileges off for a duration of 90 days based on a rule that had not yet been documented in any of the rulebooks that they claimed I violated conveniently after a newspaper reporter contacted the jail about me. This occured at or around 10:15am.

On 01/19/2022 Corrections Officer Wise, Hatfield, Savoy, Reynolds, Cox, Reid, Dabson, Williams, and James; Sargent Will, Captain McEedy were informed of all of these events and they did nothing to rectify the situation.

On 01/20/2022, Nurse Dixon, Craft, and Hall were informed of the actions of the provider and nurse Killdo and they did nothing to rectify the situation.

On 12/27/2021, the provider did nothing to care for a documented injury that was brought to his attention both verbally and in writing.

On 01/27/2022, Major Krumnow tampered with the mail by refusing to send out legal mail to the clerk of courts and to a documented legal assistance entity.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.      What date and approximate time did the events giving rise to your claim(s) occur?

_please see attachment D pages 1- for the complete list_
_of claims_

D.      What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what?*
        *Was anyone else involved?  Who else saw what happened?)*

_please see attachment D pages 1- for the complete list of_
_claims_

## V.      Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

_please see attachment E for a complete list_

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.  Explain the basis for these claims.

_please see attachment F for a complete list_

Attachment C

## Injuries

1. Ruptured ear drums (both ears) — I needed medication for the pain, antibiotics to prevent infection, ear drops to rid the ear of wax, a complete ear washout, and a trip to an Ear, Nose, and Throat Doctor for a follow up exam, possible testing, and possible treatment. I only recieved antibiotics, ear drops, and the complete ear washout. Nothing more.

2. Swollen right foot — I needed medication to slow the swelling, medication for the pain, ice, a way to raise or elevate the foot, medical testing like an X-Ray, and a follow up exam with a foot doctor. I got only ice once. Nothing more.

3. Swollen left knee. — I needed medication to slow the swelling, medication for the pain, ice, a way to keep it elevated, medical testing like an X-Ray, and a follow up exam with a specialist. I got medication to slow the swelling and medication for the pain. Nothing more.

4. Trouble breathing — Time 1 — I needed a breathing treatment. I got nothing.

   Time 2 — same as time one
   Time 3 — same as time one
   Time 4 — I got a breathing treatment.
   Time 5 — same as time one
   Time 6 — same as time one
   Time 7 — same as time one
   Time 8 — same as time one.
   Time 9 — I got a breathing treatment.

Attachment F

## Relief

I am asking for $1,000,000.00 for each constitutional violation, and an additional $500,000.00 for the mail tampering plus criminal charges placed against Major Krumnow for the federal crime of tampering with the mail. Also, I'd like $1,000,000.00 for personal and emotional damages caused by these incidences. I also want $100,000.00 for being forced to miss my childs birth and I ~~want~~ want $100,000.00 per day for each day I ~~was~~ was unable to use the phone while in jail including my first 11 days in jail and the days between 01/18/2022 and the date my phone privilages are reinstated. I also want interest charged to the total at 24.99% starting on 12/17/2021.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Liberty County Jail

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

not applicable

2.    What did you claim in your grievance?

not applicable

3.    What was the result, if any?

not applicable

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

not applicable

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

I had requested a grievance form many times but was never provided with one.

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

please see attachment G for a complete list

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

not applicable

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

[ ] Yes

[X] No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

not applicable

Attachment 5

## Grievance Information

On 01/14/2022 at or around 12:45pm I asked a Corrections Officer who refused to give me his name for a grievance form and on 01/14/2022 at 9:05am I turned in an inmate request form to Sargent Will requesting a grievance form. Captain McEedy directed Sargent Will to return it to me and ask me to state my reasons why, so I did at or around 10:40am on 01/14/2022 and Sargent Will took it again but never came back with the grievance form. Captain McEedy denied my request according to the Corrections Officer who refused to give me his name. This was told to me on 01/20/2022 at or around 1:15pm.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
Plaintiff(s) _____
Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*
_____

3.  Docket or index number
_____

4.  Name of Judge assigned to your case
_____

5.  Approximate date of filing lawsuit
_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*
_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    ☐ Yes

    ☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit
        Plaintiff(s) _____
        Defendant(s) _____

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3.    Docket or index number

        _____

    4.    Name of Judge assigned to your case

        _____

    5.    Approximate date of filing lawsuit

        _____

    6.    Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition _____

    7.    What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

        _____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    01/28/2022

Signature of Plaintiff

Printed Name of Plaintiff    Anthony Geno Martinson

Prison Identification #    157479

Prison Address    180 Paul Sikes Dr

Hinesville            GA            31313

|  | City | State | Zip Code |

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |

Telephone Number

E-mail Address

Page 11 of 11

(Legal) Mail

Anthony Gena Mattison
187479
180 Paul Sikes Dr
Hinesville GA 31313

Liberty County Jail
180 Paul Sikes Dr.
Hinesville, GA 31313

RECEIVED

Office of the Clerk
United States District Court
Southern District of Georgia
PO Box 8286
Savannah, GA 31412

Legal Mail





Leyal Mail

Legal Mail

Legal Mail

Legal Mail

Leyal Mail