IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANTHONY GENO MARTINSON,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY COUNTY JAIL, LIBERTY CORRECTIONAL MEDICINE, SASCHA KRUMNOW, MCEEDY, BARNES, MARTINEZ, WALTHOUR, BARBER, WILL, WISE, COX, HATFIELD, SAVOY, REID, JAMES, DABSON, WILLIAM BOWMAN, DIXON, KILLDO, CRAFT, HALL, REYNOLDS, WILLIAMS, ANTHONY LACOOCHI, LINSON, CORRECTIONS OFFICER, BREON, ROSE, THE PROVIDER, AND CORRECTIONS OFFICER,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   CASE NO. CV422-026<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

Before the Court is the Magistrate Judge's April 13, 2022, Report and Recommendation (Doc. 10), to which no party has filed objections. Plaintiff has filed several motions and a "notice" which do not address the Magistrate Judge's recommendation of dismissal pursuant to 28 U.S.C. § 1915(e)(2)(A). (See Docs. 11, 12, and 13.) After a careful review of the record,[1] the report and

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam)

recommendation (Doc. 10) is **ADOPTED** as the Court's opinion in this case. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. (Doc. 1.) All pending motions are **DISMISSED AS MOOT**. (Docs. 8, 9, 11, and 13.) The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 31st day of May 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

(outlining the standard of review for report and recommendations)).